# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:21-cv-06606-RGK                                           Date October 27, 2021

Title: Lamont Devault v. United States of America

Present: The Honorable R. Gary Klausner, United States District Judge

|  S. Williams  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                          Not Present

Proceedings:   ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 09/24/2021 [5].

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Make JS-6

☐ Entered _____.

Initials of Preparer   sw